RUSSELL A. SUZUKI                                 2084
Attorney General of Hawaii

CARON M. INAGAKI                                  3835
MARIE MANUELE GAVIGAN                             6585
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1300
Facsimile:  (808) 586-1369
Email:         marie.m.gavigan@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII, DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| K.S-A, a minor and J.S-A, a minor, by and through JOSHUA DOUGLAS FRANKLIN, as their *Guardian Ad Litem*,<br><br>            Plaintiffs,<br>     v.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION,<br><br>            Defendant. | Civil No. CV 16-00115-ACK-KJM<br><br>ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br><br>Trial Date: October 2, 2018 |

ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES

Plaintiffs, K.S-A, a minor and J.S-A, a minor, by and through JOSHUA DOUGLAS FRANKLIN, as their *Guardian Ad Litem* (hereinafter "Plaintiffs"), by and through their attorney, Rob Roy Smith, and Defendant STATE OF HAWAII, DEPARTMENT OF EDUCATION (hereinafter the "State"), by and through its attorneys, Russell A. Suzuki, Attorney General, and Caron M. Inagaki, and Marie Manuele Gavigan, Deputy Attorneys General, stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims against the State be and are hereby dismissed with prejudice. The parties shall each be responsible for their own costs and attorneys' fees.

All appearing parties in this action have agreed to this stipulation as evidenced by their signatures below. There are no remaining claims or parties, and there are no pending motions. Trial in this matter was set for October 2, 2018.

DATED: Honolulu, Hawaii,   August 29, 2018   .

/s/ Rob Roy Smith
ROB ROY SMITH

Attorney for Plaintiffs
K.S-A, a minor and J.S-A, a minor, by and through JOSHUA DOUGLAS FRANKLIN, as their *Guardian Ad Litem*

Case 1:16-cv-00115-ACK-KJM   Document 141   Filed 09/05/18   Page 3 of 3   PageID.1505

DATED: Honolulu, Hawaii, August 29, 2018.

/s/ Marie Manuele Gavigan
MARIE MANUELE GAVIGAN
Deputy Attorney General

Attorney for Defendant
STATE OF HAWAII, DEPARTMENT OF EDUCATION

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, September 5, 2018.



_____
Alan C. Kay
Sr. United States District Judge

---

*K. S-A, et al, v. State of Hawaii, Department of Education.;* Civil No. CV 16-00115 ACK-KJM, U. S. District Court, District of Hawaii; **ORDER STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**

3